Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Jason A. Imes
Nevada Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
*Proposed* Attorneys for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

CAREFREE WILLOWS, LLC,

Debtor.

Case No. BK-S-10- 29932-MKN
Chapter 11

**DECLARATION OF KENNETH TEMPLETON IN SUPPORT OF (1) EMERGENCY MOTION FOR AN ORDER AUTHORIZING THE USE OF CASH COLLATERAL ON AN INTERIM AND CONTINUING BASIS AND (2) EMERGENCY MOTION FOR AUTHORITY TO PAY PRE-PETITION PAYROLL**

Date:  OST Requested
Time:  OST Requested

I, Kenneth Templeton, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct:

1. I am over the age of 18, have personal knowledge of the facts herein, and am competent to testify thereto.

2. I am the Manager of MLPGP, LLC, which is the General Partner of Carefree Holdings, LP, the Manager of Carefree Willows, LLC ("Debtor") and state the following based upon personal knowledge.

3. The Debtor is the owner of an existing 300 unit senior housing complex, Carefree Senior Living, located at 3250 S. Town Center Drive, Las Vegas, Nevada (the "Property").

1. Attached hereto as **Exhibit "1"** is a brochure highlighting the amenities, tenant services, and features available to residents at the Property. The provision of these amenities, tenant services and features allows the Debtor to charge higher revenue than paid for similar sized apartment housing complexes without these services. In addition to the services mentioned in the brochure, the Debtor provides daily breakfasts to all residents and housekeeping services to guest suites.

4. On October 21, 2010, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5. By a deed of trust and assignment of rents[1] between Debtor and Union Bank of California ("Union Bank"), Debtor granted Union Bank a security interest in, among other things, revenue Debtor collects. Accordingly, the monthly revenue collected from the residents at Carefree Willows senior housing complex constitute the Secured Creditor's cash collateral ("Cash Collateral").

6. Debtor request authority to use the Secured Creditor's Cash Collateral pursuant to 11 U.S.C. § 363.

7. Debtor seeks leave to utilize the revenue generated by the Property to maintain the senior housing complex, for payment of maintenance expenses, management and employees, provision of tenant services, real estate taxes, insurance premiums, and utilities incurred by the senior housing complex and for no other purposes. The balance of the revenue collected will be segregated. Attached hereto as **Exhibit "2"** is a proposed monthly budget for use of cash collateral for the next 6 months.

8. Allowing the Debtor to continue to use the Revenue to operate its business allows the Debtor to exist and attempt to reorganize its debt. Doing so allows the Debtor to maximize the value of the Debtor based upon operating performance that will allow the Debtor to maintain its "going concern value."

---

[1] The Debtor notes that it hereby reserves any rights to dispute the amount, validity and priority of any of the deeds of trust and assignments of rents.

9. The Debtor's anticipated revenue and expenses for the Property over the next 6 months are expected to be more than sufficient to pay for the maintenance expenses, tenant services, real estate taxes, insurance premiums, and utilities incurred by the Property.

10. Allowing the Debtor to continue to use the revenue to maintain the Property will provide time for the Debtor to attempt to reorganize its debts.

11. Moreover, the Secured Creditor is protected by replacement lien under 11 U.S.C. § 361 in proceeds of the same postpetition collateral, to the extent that: 1) the Secured Creditor's prepetition interest is valid and nonavoidable, and 2) prepetition cash and proceeds are utilized by the Debtor in this case. The priority of this replacement lien will be the same as its prepetition priority.

12. Accordingly, the Secured Creditor should approve the Debtor's use of Cash Collateral with ordinary monthly operating reporting and ordinary replacement liens. If the Secured Creditor does not consent, the Debtor asks the Court to grant this Motion over the Secured Creditor's objection. Absent authorization to use cash collateral, the Debtor will have insufficient cash available to maintain the senior housing complex and preserve the value of the Debtor's estate.

13. Without the use of the cash collateral, the Debtor may be in danger of not being able to immediately meet its liquidity needs, jeopardizing the going concern value of the Debtor. If the Debtor is able to use the cash collateral, then the Debtor believes it will be able to continue to maintain the senior housing complex through confirmation of a plan of reorganization or liquidation.

14. It is also important to the maintenance of the property and the provision of services that we retain our existing employees and maintain employee morale. In order to do so, the Debtor must pay the pre-petition payroll for the period of October 10, 2010 through October 23, 2010 which is due on October 29, 2010. None of the employees will receive more than $5,000 and, I am told, that all of these wages have priority under the Bankruptcy Code. The gross payroll will be less than $15,000.

15. In addition to the payroll paid to employees, the Debtor is required to pay payroll

taxes and benefits for employees. These payments are required as a matter of law.

16. The Debtor has approximately $452,000 in its bank account which is more than sufficient to pay its ongoing expenses, including payroll.

Dated this 22nd day of October, 2010.

_____
Kenneth Templeton

# EXHIBIT "1"





## *More Fun Than You Can Imagine!*



### CAREFREE LIFESTYLE...

Carefree Senior Living apartment communities are the ideal destination for adults looking to have FUN, enjoy life and have new adventures. Whether you want a relaxing afternoon lounging poolside or a friendly game of poker with friends or neighbors, Carefree Senior Living offers the rewards of our life's endeavors - resort style living and a FUN community.

A typical day might begin with an early morning swim, an exercise class or simply enjoying a good cup of coffee with friends in the luxurious Clubhouse. Afterward, enjoy a drive to picturesque area lakes, lunch on close-by snow capped mountains, or perhaps spend an afternoon at a favorite local casino. Whatever your definition of fun is, you will live the life you've always dreamed of and deserve at Carefree Senior Living apartment communities.

### CAREFREE AMBIENCE...

Carefree Senior Living Apartments are the essence of relaxed adult resort-style living. Our luxurious apartment home communities are nestled in peaceful surroundings featuring lush greenbelts, beautiful palm trees and well lit walking paths surrounding Mediterranean inspired architecture. Gentle waterfalls are a stunning backdrop to sparkling tropical pools and soothing spas.

Centered around elegant grand Clubhouses, Carefree Senior Living Apartments offer state-of-the-art amenities, including elegant billiard rooms, well-appointed entertainment centers, computer centers with free internet access, and majestic libraries. Carefree Senior Living communities can be found just minutes from area malls, shopping, banks, libraries, entertainment centers, sporting facilities and medical centers. Residents will also find Carefree Senior Living communities within minutes of area airports and local attractions, such as the world-famous Las Vegas Strip and Arco Arena in Sacramento.



### CAREFREE SERVICES...

Carefree offers a variety of services that come with the privilege of belonging to a Carefree Senior Living Apartment Community. Planned daily activities, on-site banking and pharmacy delivery, and vital health screenings are just a few of the typical services offered at Carefree Senior Living Apartments. Carefree seniors also benefit from informative seminars, which are a regular part of the monthly activities calendar. On a regular basis education and wellness seminars are planned and hosted by area specialists on senior issues, and professionals in healthcare and other industries. Our luxurious Clubhouses are furnished with computer centers available for resident use. Complimentary transportation to grocery stores, drug stores, banks, restaurants, sports events and entertainment venues are provided to residents in the safety and comfort of the Carefree "Fun Bus" Shuttle.



## AMENITIES...

- Complimentary Shuttle Bus to grocery stores, banks, events & entertainment
- Full Time Activities Director
- Social Events
- Over Night Excursions
- Theme Parties
- Planned & Independent Activities
- Informative Seminars
- On-Site Pharmacy Delivery
- On-Site Banking
- On-Site Beauty & Barber Salon
- Monthly Newsletter & Calendar of Events
- Free Email & Internet Access
- JUST LIKE HOME STAFF



## COMMUNITIES INCLUDE...

- Gated Resort Style Communities
- Covered Parking*
- Garages*
- Single-Story Villas with attached Garages
- Elevators
- 24-Hour Emergency Maintenance
- Lush Landscaping
- Pet Friendly with Dog Runs
- Gardening Areas
- Sparkling Pools and Tropical Spas
- Barbeque Areas
- Luxurious Clubhouses
- Complimentary Coffee Bar
- Computer Centers with High Speed Internet Access
- Laundry Rooms
- Contemporary Libraries
- Billiard Rooms
- Vibrant Salt Water Aquarium (Willows Location)
- State of the Art Fitness Centers
- Putting Green
- Bocce Ball Court

(*Fee required at some locations)



## APARTMENT FEATURES...

- Fully-Appointed Spacious Kitchens
- Modern Energy-Efficient Appliances
- Washer & Dryer Rentals available in most units
- Ceiling Fans
- Extra Wide Doors
- Levered Door Handles
- Walk-In Showers
- Recessed Oversized Windows
- Cable Ready - High Speed Internet Access
- Mini Blinds
- Bathroom Grab Bars
- Wheelchair Accessible
- Private Patios/Balconies (some floor plans)
- Contemporary Decor

# EXHIBIT "2"

## Carefree Willows LLC Projected Operating Budget and Cash Flow

| | | November-10 Budget | December-10 Budget | January-11 Budget | February-11 Budget | March-11 Budget | April-11 Budget | Total Budget |
|---|---|---|---|---|---|---|---|---|
| | **Property Income** | | | | | | | |
| 4011 | Rental Income | $287,000 | $289,870 | $292,769 | $295,696 | $298,653 | $301,640 | $1,765,628 |
| 4020 | Rent Concessions | ($59,000) | ($58,410) | ($57,826) | ($57,248) | ($56,675) | ($56,108) | ($345,267) |
| 4021 | Guest Suite Income | $6,200 | $6,200 | $6,200 | $6,200 | $5,600 | $4,000 | $34,400 |
| 4025 | Beauty Shop Income | $200 | $200 | $200 | $200 | $200 | $200 | $1,200 |
| 4360 | Garage Rent | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 | $12,600 |
| 4365 | Appliance Rent/Sale | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $13,800 |
| 4370 | Pet Rent | $650 | $650 | $650 | $650 | $650 | $650 | $3,900 |
| 4501 | Application Fee | $300 | $300 | $300 | $300 | $300 | $300 | $1,800 |
| 4502 | Smokers Fee Charge | $350 | $350 | $350 | $350 | $350 | $350 | $2,100 |
| 4503 | Pet Fee Non Refundable | $750 | $750 | $750 | $750 | $750 | $750 | $4,500 |
| 4504 | Forfeited Security Deposits | $600 | $600 | $600 | $600 | $600 | $600 | $3,600 |
| 4506 | Material Recovery | $600 | $600 | $600 | $600 | $600 | $600 | $3,600 |
| 4510 | Community Fee | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| 4511 | Termination Fee | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $12,000 |
| 4520 | Vending/Laundry Income | $120 | $120 | $120 | $120 | $120 | $120 | $720 |
| 4522 | Parking Income | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $6,000 |
| 4540 | Late Fee | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| 4541 | NSF Charges | $50 | $50 | $50 | $50 | $50 | $50 | $300 |
| | **Total Property Income** | $246,220 | $249,680 | $253,163 | $256,669 | $259,598 | $261,551 | $1,526,881 |
| | **Property Operating Expenses** | | | | | | | |
| 6210 | Newspaper | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $16,200 |
| 6221 | Magazine Advertising | $950 | $950 | $950 | $950 | $950 | $950 | $5,700 |
| 6222 | Internet Advertising | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $10,800 |
| 6223 | Yellow Pages | $150 | $150 | $150 | $150 | $150 | $150 | $900 |
| 6224 | TV Advertising | $4,300 | $4,300 | $4,300 | $4,300 | $4,300 | $4,300 | $25,800 |
| 6230 | Other Advertising | $18 | $18 | $18 | $18 | $18 | $18 | $108 |
| 6231 | Direct Mail Advertising | $75 | $75 | $75 | $75 | $75 | $75 | $450 |
| 6235 | Flags Banners Signs | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 6236 | Referral Fees | $300 | $300 | $300 | $300 | $300 | $300 | $1,800 |
| 6237 | Resident Retentions | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $6,000 |
| 6243 | Brochures | $200 | $200 | $200 | $200 | $200 | $200 | $1,200 |
| 6305 | Electric | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $30,000 |
| 6306 | Gas | $800 | $800 | $800 | $800 | $800 | $800 | $4,800 |
| 6307 | Water | $2,400 | $2,400 | $2,400 | $2,400 | $2,400 | $2,400 | $14,400 |
| 6308 | Sewer | $3,538 | $3,538 | $3,538 | $3,538 | $3,538 | $3,538 | $21,228 |
| 6309 | Garbage | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $13,800 |
| 6310 | Cable TV | $34 | $34 | $34 | $34 | $34 | $34 | $204 |
| 6401 | Activities Expense | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $16,800 |
| 6402 | Shuttle Expenses | $1,360 | $1,360 | $1,360 | $1,360 | $1,360 | $1,360 | $8,160 |
| 6403 | Other Activity Expenses | $900 | $900 | $900 | $900 | $900 | $900 | $5,400 |
| 6405 | Activities Recovery | ($400) | ($400) | ($400) | ($400) | ($400) | ($400) | ($2,400) |
| 6406 | Lunch Program | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 6510 | Landscaping | $4,050 | $2,550 | $2,550 | $2,550 | $2,550 | $4,050 | $18,300 |
| 6511 | Pool/Fountain | $700 | $700 | $700 | $700 | $700 | $700 | $4,200 |
| 6512 | HVAC | $400 | $400 | $400 | $400 | $400 | $400 | $2,400 |
| 6513 | Appliance Repairs | $150 | $150 | $150 | $150 | $150 | $150 | $900 |
| 6514 | Electrical | $300 | $300 | $300 | $300 | $300 | $300 | $1,800 |
| 6515 | Plumbing | $200 | $200 | $200 | $200 | $200 | $200 | $1,200 |
| 6516 | Parking/Sidewalk Maintenance | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 6518 | Gates/Fencing/Walls | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 6519 | Lighting | $300 | $300 | $300 | $300 | $300 | $300 | $1,800 |
| 6520 | Elevators | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $18,000 |
| 6521 | Fire Safety System | $700 | $700 | $700 | $700 | $700 | $700 | $4,200 |
| 6522 | Keys/Locks | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 6523 | Painting | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 6524 | Windows | $50 | $50 | $50 | $50 | $50 | $50 | $300 |
| 6525 | Carpet Cleaning/Repairs | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 6529 | General Repairs & Maintenance | $150 | $150 | $150 | $150 | $150 | $150 | $900 |
| 6530 | Pest Control | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| 6533 | Janitorial Supplies | $400 | $400 | $400 | $400 | $400 | $400 | $2,400 |
| 6537 | Alarm | $150 | $150 | $150 | $150 | $150 | $150 | $900 |
| 6538 | Unit Upgrades | $150 | $150 | $150 | $150 | $150 | $150 | $900 |
| 6541 | Aquarium Maintenance | $600 | $600 | $600 | $600 | $600 | $600 | $3,600 |
| 6715 | Electricity Vacancies | $1,400 | $1,400 | $1,400 | $1,400 | $1,400 | $1,400 | $8,400 |
| 6720 | Painting/Drywall | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 6730 | Carpet Cleaning | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |

## Carefree Willows LLC Projected Operating Budget and Cash Flow

| | | November-10 Budget | December-10 Budget | January-11 Budget | February-11 Budget | March-11 Budget | April-11 Budget | Total Budget |
|---|---|---|---|---|---|---|---|---|
| 6731 | Flooring Replacements | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 6750 | Other Vacancy Expenses | $150 | $150 | $150 | $150 | $150 | $150 | $900 |
| 6810 | Guest Suite Expenses | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $6,600 |
| 6910 | Maintenance Wages | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $9,750 | $42,250 |
| 6915 | Office Wages | $10,100 | $10,100 | $10,100 | $10,100 | $10,100 | $15,150 | $65,650 |
| 6916 | Activities Wages | $5,100 | $5,100 | $5,100 | $5,100 | $5,100 | $7,650 | $33,150 |
| 6919 | Commissions | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $18,000 |
| 6951 | Payroll Taxes | $2,717 | $2,717 | $2,717 | $2,717 | $2,717 | $3,911 | $17,496 |
| 6952 | Workers Comp Insurance | $375 | $375 | $375 | $375 | $375 | $375 | $2,250 |
| 6961 | Group Insurance | $600 | $600 | $600 | $600 | $600 | $600 | $3,600 |
| 6962 | Rent Concessions | $1,138 | $1,138 | $1,138 | $1,138 | $1,138 | $1,138 | $6,828 |
| 6963 | Employee Incentives | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 6964 | Educations/Seminars | $120 | $120 | $120 | $120 | $120 | $120 | $720 |
| 6965 | 401K/Profit Sharing | $30 | $30 | $30 | $30 | $30 | $30 | $180 |
| 6981 | Uniforms | $165 | $165 | $165 | $165 | $165 | $165 | $990 |
| 6982 | Payroll Processing | $135 | $135 | $135 | $135 | $135 | $135 | $810 |
| 6983 | Temporary Labor | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $16,800 |
| 6984 | Auto Allowance | $250 | $250 | $250 | $250 | $250 | $250 | $1,500 |
| 6987 | Drug Test/Credit Check | $80 | $80 | $80 | $80 | $80 | $80 | $480 |
| 7005 | Office Supplies | $350 | $350 | $350 | $350 | $350 | $350 | $2,100 |
| 7006 | Postage/Freight | $150 | $150 | $150 | $150 | $150 | $150 | $900 |
| 7008 | Furniture/Equipment Expense | $250 | $250 | $250 | $250 | $250 | $250 | $1,500 |
| 7009 | Computer Support | $380 | $380 | $380 | $380 | $380 | $380 | $2,280 |
| 7010 | Accounting/Legal/Professional | $40 | $40 | $40 | $40 | $40 | $40 | $240 |
| 7014 | Dues & Subscriptions | $10 | $10 | $10 | $10 | $10 | $10 | $60 |
| 7022 | Forms & Printing | $50 | $50 | $50 | $50 | $50 | $50 | $300 |
| 7023 | Answering Service | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 7024 | Telephones & Pagers | $870 | $870 | $870 | $870 | $870 | $870 | $5,220 |
| 7025 | Bank Charges | $140 | $140 | $140 | $140 | $140 | $140 | $840 |
| 7030 | Other G & A Expenses | $80 | $80 | $80 | $80 | $80 | $80 | $480 |
| 7037 | Management Fees @4% | $9,849 | $9,987 | $10,127 | $10,267 | $10,384 | $10,462 | $61,075 |
| 7038 | Activity Fees @2% | $4,924 | $4,994 | $5,063 | $5,133 | $5,192 | $5,231 | $30,538 |
| 7051 | Property Taxes | $16,408 | $16,408 | $16,408 | $16,408 | $16,408 | $16,408 | $98,448 |
| 7052 | Insurance | $6,728 | $6,728 | $6,728 | $6,728 | $6,728 | $6,728 | $40,368 |
| 7057 | Association Dues | $3,161 | $3,161 | $3,161 | $3,161 | $3,161 | $3,161 | $18,966 |
| 9130 | Non Oper'l Acct/Legal/Prof Fee | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $12,000 |
| 9200 | Depreciation Expense | $137,091 | $137,091 | $137,091 | $137,091 | $137,091 | $137,091 | $822,546 |
| | **Total Property Expenses** | $261,666 | $260,374 | $260,583 | $260,793 | $260,969 | $274,630 | $1,579,014 |
| | **Net Operating Income** | ($15,446) | ($10,694) | ($7,420) | ($4,124) | ($1,371) | ($13,078) | ($52,133) |

### Cash Flow Analysis

| | November-10 | December-10 | January-11 | February-11 | March-11 | April-11 | Total |
|---|---|---|---|---|---|---|---|
| Net Operating Income | ($15,446) | ($10,694) | ($7,420) | ($4,124) | ($1,371) | ($13,078) | ($52,133) |
| Adjustments: | | | | | | | |
| Property Tax Amortization | $16,408 | $16,408 | $16,408 | $16,408 | $16,408 | $16,408 | $98,448 |
| Property Tax Payments | | | ($49,224) | | ($49,224) | | ($98,448) |
| Insurance Amortization | $6,728 | $6,728 | $6,728 | $6,728 | $6,728 | $6,728 | $40,368 |
| Insurance Payments | | | ($10,574) | ($8,074) | ($8,074) | ($8,074) | ($34,794) |
| Depreciation Expense | $137,091 | $137,091 | $137,091 | $137,091 | $137,091 | $137,091 | $822,546 |
| Capital Expenses (1) | ($1,000) | | | | | | ($1,000) |
| **Net Cash Flow** | $143,781 | $149,533 | $93,009 | $148,029 | $101,559 | $139,075 | $774,986 |

(1) Bus Repair 11/10

Confidential      10/18/2010      Page 2