**Entered on Docket
November 12, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Jason A. Imes
Nevada Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Proposed Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CAREFREE WILLOWS, LLC,<br><br>Debtor. | Case No. BK-S-10-29932-mkn<br>Chapter 11<br><br>**STIPULATED INTERIM ORDER AUTHORIZING THE USE OF CASH COLLATERAL**<br><br>Date: October 29, 2010<br>Time: 1:30 p.m.<br><br>Final Hearing Date: November 16, 2010<br>Final Hearing Time: 1:30 p.m. |

The Emergency Motion for an Order Authorizing the Use of Cash Collateral on an Interim and Continuing Basis [Docket #4] (the "Motion") having come before this Court pursuant to an Order Shortening Time [Docket #16], the Order Shortening Time and Motion having been served as shown by the Certificate of Service [Docket #17], Lenard E. Schwartzer of the Schwartzer & McPherson Law Firm appearing for Carefree Willows, LLC, Debtor and Debtor in Possession (the

"Debtor"), Nishat Baig of Snell & Wilmer appearing for Union Bank of California, N.A. (the "Bank"), the Court having reviewed the Motion, been advised of the agreement of the Debtor and the Bank and finding good cause, it is

**ORDERED** that the Debtor is authorized to use the revenue generated by its senior housing complex (the "Senior Complex"), including but not limited to rents, to maintain the Senior Complex, for payment of maintenance expenses, management and employees, real estate taxes, insurance premiums, and utilities incurred by the Senior Complex, and for no other purposes as stated in the budget provided to the Court; and it is further

**ORDERED** that the budget shall be adjusted to include a $1,772 per month adequate protection payment to 1st Service Bank on account of its security interest in the shuttle bus used by the Debtor (the "Amended Budget"), a copy of which is attached to this Order as **Exhibit "1"**; and it is further

**ORDERED** that the Debtor is authorized to expend up to 5% more than is shown on the Amended Budget for expenses similar to those stated in the Amended Budget in any month without further Court order and the Debtor is prohibited from spending more than 5% than the amount of the Amended Budget without the consent of the Bank or an order of this Court; and it is further

**ORDERED** that the Bank has lien on the cash in the Debtor's bank accounts on the date of the petition and shall have a replacement lien with the same priority and to the same extent as its prepetition lien which includes but is not limited to all revenue and accounts receivable generated by the Senior Complex post-petition; and it is further

**ORDERED** that the cash in the Debtor's bank accounts on the date of the petition shall be held in one DIP account and not used by the Debtor and the post-petition income generated by the Senior Complex shall be deposited in another DIP Account to be used pursuant to the terms of this Order; and it is further

**ORDERED** the Debtor shall make an adequate protection payment of $75,000 to the Bank by the 10th business day of each month beginning with November, 2010; and it is further

1     **ORDERED** that this Order shall remain in effect until February 1, 2011 and may be
2 extended by stipulation between the Debtor and the Bank or by order of this Court; and it is
3 further

4     **ORDERED** that these terms will be incorporated into the final order authorizing the use of
5 cash collateral; and it is further

6     **ORDERED** that a final hearing on the Motion will be held on **November 16, 2010 at 1:30**
7 **p.m.**

8 Submitted by:

9

10 /s/ *Lenard E. Schwartzer*
    Lenard E. Schwartzer, Esq.
11 Schwartzer & McPherson Law Firm
    2850 South Jones Blvd., Suite 1
12 Las Vegas, NV 89146
13 *Proposed Attorneys for Debtor and Debtor in Possession*

14 Approved by                                         Approved by

15

16 Nishat Baig, Esq.                                  Michael B. Wixom, Esq.
    Snell & Wilmer                                      Smith Larsen & Wixom
17 3883 Howard Hughes Parkway              1935 Village Center Circle
    Suite 1100                                             Las Vegas, NV 89134
18 Las Vegas, NV 89169                           *Attorneys for 1st Service Bank*
    *Attorneys for Union Bank of California, N.A.*
19

20

21 In accordance with LR 9021, counsel submitting this document certifies that the order accurately
22 reflects the court's ruling and that:

23 \_\_\_\_ The court has waived the requirement set forth in LR 9021 (b)(1).
    \_\_\_\_ No party appeared at the hearing or filed an objection to the motion.
24 _X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing,
           and any unrepresented parties who appeared at the hearing, and each has approved or
25        disapproved the order, or failed to respond, as indicated above.
    \_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order
26        with the motion pursuant to LR 9014(g), and that no party has objected to the form or
27        content of the order.
                                                                # # #
28

ORDERED that this Order shall remain in effect until February 1, 2011 and may be extended by stipulation between the Debtor and the Bank or by order of this Court; and it is further

ORDERED that these terms will be incorporated into the final order authorizing the use of cash collateral; and it is further

ORDERED that a final hearing on the Motion will be held on November 16, 2010 at 1:30 p.m.

Submitted by:

/s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas, NV 89146
*Proposed Attorneys for Debtor and Debtor in Possession*

Approved by

_____
Nishat Baig, Esq.
Snell & Wilmer
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
*Attorneys for Union Bank of California, N.A.*

Approved by

_____
Michael B. Wixom, Esq.
Smith Larsen & Wixom
1935 Village Center Circle
Las Vegas, NV 89134
*Attorneys for 1st Service Bank*

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

____ The court has waived the requirement set forth in LR 9021 (b)(1).
____ No party appeared at the hearing or filed an objection to the motion.
_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.
____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### #

# EXHIBIT "1"

## Carefree Willows LLC Projected Operating Budget and Cash Flow

| | | November-10 Budget | December-10 Budget | January-11 Budget | February-11 Budget | March-11 Budget | April-11 Budget | Total Budget |
|---|---|---|---|---|---|---|---|---|
| | **Property Income** | | | | | | | |
| 4011 | Rental Income | $287,000 | $289,870 | $292,769 | $295,696 | $298,653 | $301,640 | $1,765,628 |
| 4020 | Rent Concessions | ($59,000) | ($58,410) | ($57,826) | ($57,248) | ($56,675) | ($56,108) | ($345,267) |
| 4021 | Guest Suite Income | $6,200 | $6,200 | $6,200 | $6,200 | $5,600 | $4,000 | $34,400 |
| 4025 | Beauty Shop Income | $200 | $200 | $200 | $200 | $200 | $200 | $1,200 |
| 4360 | Garage Rent | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 | $2,100 | $12,600 |
| 4365 | Appliance Rent/Sale | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $13,800 |
| 4370 | Pet Rent | $650 | $650 | $650 | $650 | $650 | $650 | $3,900 |
| 4501 | Application Fee | $300 | $300 | $300 | $300 | $300 | $300 | $1,800 |
| 4502 | Smokers Fee Charge | $350 | $350 | $350 | $350 | $350 | $350 | $2,100 |
| 4503 | Pet Fee Non Refundable | $750 | $750 | $750 | $750 | $750 | $750 | $4,500 |
| 4504 | Forfeited Security Deposits | $600 | $600 | $600 | $600 | $600 | $600 | $3,600 |
| 4506 | Material Recovery | $600 | $600 | $600 | $600 | $600 | $600 | $3,600 |
| 4510 | Community Fee | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| 4511 | Termination Fee | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $12,000 |
| 4520 | Vending/Laundry Income | $120 | $120 | $120 | $120 | $120 | $120 | $720 |
| 4522 | Parking Income | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $6,000 |
| 4540 | Late Fee | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| 4541 | NSF Charges | $50 | $50 | $50 | $50 | $50 | $50 | $300 |
| | **Total Property Income** | $246,220 | $249,680 | $253,163 | $256,669 | $259,598 | $261,551 | $1,526,881 |
| | **Property Operating Expenses** | | | | | | | |
| 6210 | Newspaper | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $16,200 |
| 6221 | Magazine Advertising | $950 | $950 | $950 | $950 | $950 | $950 | $5,700 |
| 6222 | Internet Advertising | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $1,800 | $10,800 |
| 6223 | Yellow Pages | $150 | $150 | $150 | $150 | $150 | $150 | $900 |
| 6224 | TV Advertising | $4,300 | $4,300 | $4,300 | $4,300 | $4,300 | $4,300 | $25,800 |
| 6230 | Other Advertising | $18 | $18 | $18 | $18 | $18 | $18 | $108 |
| 6231 | Direct Mail Advertising | $75 | $75 | $75 | $75 | $75 | $75 | $450 |
| 6235 | Flags Banners Signs | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 6236 | Referral Fees | $300 | $300 | $300 | $300 | $300 | $300 | $1,800 |
| 6237 | Resident Retentions | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $6,000 |
| 6243 | Brochures | $200 | $200 | $200 | $200 | $200 | $200 | $1,200 |
| 6305 | Electric | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $30,000 |
| 6306 | Gas | $800 | $800 | $800 | $800 | $800 | $800 | $4,800 |
| 6307 | Water | $2,400 | $2,400 | $2,400 | $2,400 | $2,400 | $2,400 | $14,400 |
| 6308 | Sewer | $3,538 | $3,538 | $3,538 | $3,538 | $3,538 | $3,538 | $21,228 |
| 6309 | Garbage | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $2,300 | $13,800 |
| 6310 | Cable TV | $34 | $34 | $34 | $34 | $34 | $34 | $204 |
| 6401 | Activities Expense | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $16,800 |
| 6402 | Shuttle Expenses | $1,360 | $1,360 | $1,360 | $1,360 | $1,360 | $1,360 | $8,160 |
| 6403 | Other Activity Expenses | $900 | $900 | $900 | $900 | $900 | $900 | $5,400 |
| 6405 | Activities Recovery | ($400) | ($400) | ($400) | ($400) | ($400) | ($400) | ($2,400) |
| 6406 | Lunch Program | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 6510 | Landscaping | $4,050 | $2,550 | $2,550 | $2,550 | $2,550 | $4,050 | $18,300 |
| 6511 | Pool/Fountain | $700 | $700 | $700 | $700 | $700 | $700 | $4,200 |
| 6512 | HVAC | $400 | $400 | $400 | $400 | $400 | $400 | $2,400 |
| 6513 | Appliance Repairs | $150 | $150 | $150 | $150 | $150 | $150 | $900 |
| 6514 | Electrical | $300 | $300 | $300 | $300 | $300 | $300 | $1,800 |
| 6515 | Plumbing | $200 | $200 | $200 | $200 | $200 | $200 | $1,200 |
| 6516 | Parking/Sidewalk Maintenance | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 6518 | Gates/Fencing/Walls | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 6519 | Lighting | $300 | $300 | $300 | $300 | $300 | $300 | $1,800 |
| 6520 | Elevators | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $18,000 |
| 6521 | Fire Safety System | $700 | $700 | $700 | $700 | $700 | $700 | $4,200 |
| 6522 | Keys/Locks | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 6523 | Painting | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 6524 | Windows | $50 | $50 | $50 | $50 | $50 | $50 | $300 |
| 6525 | Carpet Cleaning/Repairs | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 6529 | General Repairs & Maintenance | $150 | $150 | $150 | $150 | $150 | $150 | $900 |
| 6530 | Pest Control | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| 6533 | Janitorial Supplies | $400 | $400 | $400 | $400 | $400 | $400 | $2,400 |
| 6537 | Alarm | $150 | $150 | $150 | $150 | $150 | $150 | $900 |
| 6538 | Unit Upgrades | $150 | $150 | $150 | $150 | $150 | $150 | $900 |
| 6541 | Aquarium Maintenance | $600 | $600 | $600 | $600 | $600 | $600 | $3,600 |

## Carefree Willows LLC Projected Operating Budget and Cash Flow

| | | November-10 Budget | December-10 Budget | January-11 Budget | February-11 Budget | March-11 Budget | April-11 Budget | Total Budget |
|---|---|---|---|---|---|---|---|---|
| 6715 | Electricity Vacancies | $1,400 | $1,400 | $1,400 | $1,400 | $1,400 | $1,400 | $8,400 |
| 6720 | Painting/Drywall | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 6730 | Carpet Cleaning | $500 | $500 | $500 | $500 | $500 | $500 | $3,000 |
| 6731 | Flooring Replacements | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 6750 | Other Vacancy Expenses | $150 | $150 | $150 | $150 | $150 | $150 | $900 |
| 6810 | Guest Suite Expenses | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $1,100 | $6,600 |
| 6910 | Maintenance Wages | $6,500 | $6,500 | $6,500 | $6,500 | $6,500 | $9,750 | $42,250 |
| 6915 | Office Wages | $10,100 | $10,100 | $10,100 | $10,100 | $10,100 | $15,150 | $65,650 |
| 6916 | Activities Wages | $5,100 | $5,100 | $5,100 | $5,100 | $5,100 | $7,650 | $33,150 |
| 6919 | Commissions | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $18,000 |
| 6951 | Payroll Taxes | $2,717 | $2,717 | $2,717 | $2,717 | $2,717 | $3,911 | $17,496 |
| 6952 | Workers Comp Insurance | $375 | $375 | $375 | $375 | $375 | $375 | $2,250 |
| 6961 | Group Insurance | $600 | $600 | $600 | $600 | $600 | $600 | $3,600 |
| 6962 | Rent Concessions | $1,138 | $1,138 | $1,138 | $1,138 | $1,138 | $1,138 | $6,828 |
| 6963 | Employee Incentives | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 6964 | Educations/Seminars | $120 | $120 | $120 | $120 | $120 | $120 | $720 |
| 6965 | 401K/Profit Sharing | $30 | $30 | $30 | $30 | $30 | $30 | $180 |
| 6981 | Uniforms | $165 | $165 | $165 | $165 | $165 | $165 | $990 |
| 6982 | Payroll Processing | $135 | $135 | $135 | $135 | $135 | $135 | $810 |
| 6983 | Temporary Labor | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $2,800 | $16,800 |
| 6984 | Auto Allowance | $250 | $250 | $250 | $250 | $250 | $250 | $1,500 |
| 6987 | Drug Test/Credit Check | $80 | $80 | $80 | $80 | $80 | $80 | $480 |
| 7005 | Office Supplies | $350 | $350 | $350 | $350 | $350 | $350 | $2,100 |
| 7006 | Postage/Freight | $150 | $150 | $150 | $150 | $150 | $150 | $900 |
| 7008 | Furniture/Equipment Expense | $250 | $250 | $250 | $250 | $250 | $250 | $1,500 |
| 7009 | Computer Support | $380 | $380 | $380 | $380 | $380 | $380 | $2,280 |
| 7010 | Accounting/Legal/Professional | $40 | $40 | $40 | $40 | $40 | $40 | $240 |
| 7014 | Dues & Subscriptions | $10 | $10 | $10 | $10 | $10 | $10 | $60 |
| 7022 | Forms & Printing | $50 | $50 | $50 | $50 | $50 | $50 | $300 |
| 7023 | Answering Service | $100 | $100 | $100 | $100 | $100 | $100 | $600 |
| 7024 | Telephones & Pagers | $870 | $870 | $870 | $870 | $870 | $870 | $5,220 |
| 7025 | Bank Charges | $140 | $140 | $140 | $140 | $140 | $140 | $840 |
| 7030 | Other G & A Expenses | $80 | $80 | $80 | $80 | $80 | $80 | $480 |
| 7037 | Management Fees @4% | $9,849 | $9,987 | $10,127 | $10,267 | $10,384 | $10,462 | $61,075 |
| 7038 | Activity Fees @2% | $4,924 | $4,994 | $5,063 | $5,133 | $5,192 | $5,231 | $30,538 |
| 7051 | Property Taxes | $16,408 | $16,408 | $16,408 | $16,408 | $16,408 | $16,408 | $98,448 |
| 7052 | Insurance | $6,728 | $6,728 | $6,728 | $6,728 | $6,728 | $6,728 | $40,368 |
| 7057 | Association Dues | $3,161 | $3,161 | $3,161 | $3,161 | $3,161 | $3,161 | $18,966 |
| 9130 | Non Oper'l Acct/Legal/Prof Fee | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $12,000 |
| 9200 | Depreciation Expense | $137,091 | $137,091 | $137,091 | $137,091 | $137,091 | $137,091 | $822,546 |
| | **Total Property Expenses** | $261,666 | $260,374 | $260,583 | $260,793 | $260,969 | $274,630 | $1,579,014 |
| | **Net Operating Income** | ($15,446) | ($10,694) | ($7,420) | ($4,124) | ($1,371) | ($13,078) | ($52,133) |
| | **Cash Flow Analysis** | | | | | | | |
| | Net Operating Income | ($15,446) | ($10,694) | ($7,420) | ($4,124) | ($1,371) | ($13,078) | ($52,133) |
| | Adjustments: | | | | | | | |
| | Property Tax Amortization | $16,408 | $16,408 | $16,408 | $16,408 | $16,408 | $16,408 | $98,448 |
| | Property Tax Payments | | ($49,224) | | ($49,224) | | | ($98,448) |
| | Insurance Amortization | $6,728 | $6,728 | $6,728 | $6,728 | $6,728 | $6,728 | $40,368 |
| | Insurance Payments | | ($10,574) | ($8,074) | ($8,074) | ($8,074) | | ($34,794) |
| | Shuttle Bus Loan-Adequate Protection | ($1,772) | ($1,772) | ($1,772) | ($1,772) | ($1,772) | ($1,772) | ($10,632) |
| | Union Bank-Adequate Protection | ($75,000) | ($75,000) | ($75,000) | ($75,000) | ($75,000) | ($75,000) | ($450,000) |
| | Depreciation Expense | $137,091 | $137,091 | $137,091 | $137,091 | $137,091 | $137,091 | $822,546 |
| | Capital Expenses (1) | ($1,000) | | | | | | ($1,000) |
| | **Net Cash Flow** | $67,009 | $72,761 | $16,237 | $71,257 | $24,787 | $62,303 | $314,354 |

(1) Bus Repair 11/10